UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MAYFLOWER TRANSIT, L.L.C.,** § § § | |
| Plaintiff, § | |
| VS. § § | |
| **KERI SHAW,** § | **CIVIL ACTION NO. H-04-3492** |
| **TRAVIS RIMEL,** § | |
| and § | |
| **ALLSTATE INSURANCE COMPANY,** § § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

One June 1, 2005, this Court entered a conditional order of dismissal without prejudice. Subsequently, the parties informed the Court that they had reached a settlement and would prefer that the case be dismissed with prejudice. Accordingly, the conditional order of dismissal, Docket No. 32, is hereby **WITHDRAWN** and the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 8th day of February, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.